JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMBER TOWNDROW AND DARBY CANFIELD,<br><br>　　　　　Defendants. | No. CR24-062-JNW<br><br>ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline and the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from May 23, 2024, to June 19, 2024.

DONE this 23rd day of May 2024.

*(signature)*

Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Darby Canfield

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*U.S. v. Canfield,* CR24-062-JNW)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100