1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                                 Plaintiff,

10            v.

11  AMBER TOWNDROW,

12                                 Defendant.

13

Case No. CR24-062-JNW

DETENTION ORDER

14        Defendant Amber Towndrow is charged with one count of conspiracy to commit bank

15  fraud, 18 U.S.C. § 1349; seven counts of bank fraud, 18 U.S.C. §§ 1344, 2; three counts of

16  aggravated identity theft, 18 U.S.C. §§ 1028A(a)(1), 2; three counts of money laundering, 18

17  U.S.C. §§ 1956(a)(1)(B)(i), 2; and a forfeiture allegation. The Court held a detention hearing on

18  June 24, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention

19  stated in the record and as hereafter set forth below, finds:

20

21

22

23

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.        The government is entitled to a detention hearing pursuant to 18 U.S.C.

          § 3142(f)(1), as the government proffered sufficient information make a

          preliminary finding of serious risk of flight.

DETENTION ORDER - 1

2.      Ms. Towndrow stipulated to detention. Ms. Towndrow appeared via writ from custody on an unrelated matter in New York.

3.      Upon advice of counsel, Ms. Towndrow declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him/her.

4.      Ms. Towndrow poses a risk of nonappearance due to her failing to appear in another matter. Ms. Towndrow poses a risk of danger due to nature of the charges. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Ms. Towndrow's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1)      Ms. Towndrow shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)      Ms. Towndrow shall be afforded reasonable opportunity for private consultation with counsel;

(3)      On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Ms. Towndrow is confined shall deliver Ms. Towndrow to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for Ms. Towndrow, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this 24th day of June, 2024.


MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3