JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> v.<br><br>AMBER TOWNDROW<br><br>       Defendant. | NO. CR 24-062 JNW<br><br>ORDER GRANTING CONTINUANCE OF TRIAL DATE |

  This matter comes before the Court on defendant Amber Towndrow's unopposed motion to continue the trial date and pre-trial motions deadline. Having thoroughly considered the defendant's unopposed motion and argument, and considering the defendant's Speedy Trial Waiver, the Court hereby GRANTS the motion to continue the pretrial motions deadline to January 16, 2025, and the trial date to February 17, 2025.

  Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary to review the evidence, consider the possible defenses and gather evidence material to the defense, as set forth in in 18 U.S.C. §3161(h)(7)(B)(iv).

ORDER CONTINUING TRIAL DATE - 1

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

Failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. §3161(h)(7)(B)(i). The additional time is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to review the discovery, to gather evidence material to the defense, and to research and consider possible defenses.

The ends of justice will be served by a continuance, and the ends of justice outweigh the interest of the public and the defendant in a speedier trial. See 18 U.S.C. §3161(h)(7)(A).

Further, the Court finds the time between the current trial date and February 17, 2025 is reasonably necessary to provide counsel with time to prepare for trial, considering the status of discovery.

The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date shall be continued to February 17, 2025, with a pretrial motions deadline of January 16, 2025.

DATED this 28th day of June, 2024

Jamal N. Whitehead
United States District Judge

Presented by:

Michele Shaw, WSBA #19561
Attorney for Amber Towndrow

ORDER CONTINUING TRIAL DATE - 2

MICHELE SHAW
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com