THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMBER TOWNDROW<br>　　　　　　　　　Defendant. | NO. CR 24-062 JNW<br><br>ORDER GRANTING MOTION FOR PRE-PLEA CRIMINAL HISTORY CALCULATION<br><br>[PROPOSED] |

This matter comes before the Court on defendant Amber Towndrow's unopposed motion for U.S. Probation to calculate Ms. Towndrow's criminal history status prior to the entry of a plea. Having thoroughly considered the defendant's unopposed motion and argument, the Court hereby GRANTS the motion and ORDERS U.S. Probation to calculate Ms. Towndrow's criminal history.

DATED this 16th day of October, 2024

_____
Judge Jamal N. Whitehead
U.S. District Court

**ORDER FOR PRESENTENCE
CRIMINAL HISTORY CALCULATION - 1**

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

Presented by:

*[signature]*

Michele Shaw, WSBA #19561
Attorney for Amber Towndrow

ORDER FOR PRESENTENCE
CRIMINAL HISTORY CALCULATION - 2

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com