THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 24-062 JNW |
| Plaintiff, | |
| v. | ORDER GRANTING CONTINUATION PRETRIAL MOTIONS DEADLINE |
| AMBER TOWNDROW | |
| Defendant. | |

This matter comes before the Court on defendant Amber Towndrow's unopposed motion to continue the pretrial motions deadline. Having thoroughly considered the defendant's unopposed motion and argument, the Court hereby GRANTS the motion to continue the pretrial motions deadline to March 3, 2025.

Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny the parties reasonable time to review new information and complete negotiations about a possible resolution of this matter.

Failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. B)(i).

ORDER FOR PRESENTENCE
CRIMINAL HISTORY CALCULATION - 1

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

The ends of justice will be served by a continuance, and the ends of justice outweigh the interest of the public and the defendant in a speedier trial. See §3161(h)(7)(A).

IT IS THEREFORE ORDERED that the pretrial motions deadline is March 3, 2025.

DATED this 29th day of January, 2025.

*Jamal W.*
Jamal N. Whitehead
United States District Judge

Presented by:

*Michele Shaw*
Michele Shaw, WSBA #19561
Attorney for Amber Towndrow

ORDER FOR PRESENTENCE
CRIMINAL HISTORY CALCULATION - 2

MICHELE SHAW
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com