The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMBER TOWNDROW,<br><br>Defendant. | NO. CR24–062 JNW<br><br>ORDER CONTINUING SENTENCING HEARING |

The COURT, having considered the United States' unopposed motion to continue the sentencing hearing and other facts apparent from the records, grants the requested continuance. IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued to July 17, 2025, at 11:00 AM.

Dated this 27th day of March, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

Order to Continue Sentencing - 1
*United States v. Towndrow* / CR24 – 062 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970