The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMBER TOWNDROW,<br><br>Defendant. | No. CR24-062-JNW<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Amber Towndrow's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $66,400, representing proceeds Defendant personally obtained from her commission of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349.

The Court, having reviewed the United States' Motion, as well as other papers and pleadings filed in this matter, hereby FINDS an Order of Forfeiture is appropriate because:

- The proceeds of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, are forfeitable pursuant to 18 U.S.C. § 982(a)(2)(A);

Order of Forfeiture - 1
*United States v. Towndrow,* CR24-062-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In her Plea Agreement, Defendant agreed to forfeit this $66,400 sum of money pursuant to 18 U.S.C. § 982(a)(2)(A), as it reflects proceeds she personally kept as a result of her commission of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, as charged in Count 1 of the Indictment, to which she pleaded guilty (Dkt. Nos. 1, 78, ¶ 13);
- The forfeiture of this $66,400 sum of money is personal to Defendant pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 982(a)(2) and her Plea Agreement, Defendant's interest in the above-identified $66,400 sum of money is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant at the time she is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3. No right, title, or interest in the identified sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this $66,400 sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $66,400; and,

Order of Forfeiture - 2
*United States v. Towndrow,* CR24-062-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 21st of April, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Order of Forfeiture - 3
*United States v. Towndrow,* CR24-062-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970